# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| ADAM SOKOLOFF,<br><br>   Plaintiff,<br><br>v.<br><br>BIO WORLD MERCHANDISING, INC. and RAJEEV MALIK,<br><br>   Defendants. | CIVIL ACTION NO.<br>3:22-CV-12-CDL |

## ORDER

Pending before the Court is the Joint Motion to Approve Settlement Agreement (the "Motion") filed by Plaintiff Adam Sokoloff and Defendants Bio World Merchandising, Inc. and Rajeev Malik (collectively, the "Parties"). Having considered the briefing, the proposed settlement agreement, the record, and applicable law, the Court is of the opinion that the Motion should be **GRANTED**.

The settlement agreement attached as Exhibit A to the Motion is hereby **APPROVED**.[1] The Court hereby **ORDERS** that the Parties comply with their respective obligations set forth in the settlement agreement. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is **INSTRUCTED** to **CLOSE** this case.

**SO ORDERED.**

Signed this 12th day of December, 2022

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

[1] In reaching this decision, the Court considered the Confidential Release of the non-FLSA claims as well as the publicly filed release of FLSA claims. But the review of the release regarding the non-FLSA claims was not essential to the Court's approval of the FLSA claims settlement. Accordingly, the parties shall be permitted to file Exhibit B to their joint motion to approve settlement (Confidential Release of the non-FLSA claims) as RESTRICTED ACCESS so it is only accessible to the parties and court personnel.