IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ADAM SOKOLOFF, | * |
| Plaintiff, | * |
| v. | Case No.  3:22-cv-12-CDL |
| | * |
| BIO WORLD MERCHANDISING, INC. and RAJEEV MALIK, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of December, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk